## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL C. HOLIFIELD**                                                                **PLAINTIFF**

**v.**                                **3:10CV00111-BRW**

**DR. PEPPER BOTTLING CO.**
**OF PARAGOULD, INC.**                                                                **DEFENDANT**

### ORDER

Pending is a Joint Motion to Extend the Discovery Cut-Off and Dispositive Motions Deadline (Doc. No. 8).  Trial is set to commence July 26, 2011.  The parties request extensions of two weeks—until May 10, 2011, for discovery and May 26, 2011, for dispositive motions.  The Motion is GRANTED.

IT IS SO ORDERED this 26th day of April, 2011.


                                                                /s/Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE